ANTHONY GALVANO, Appellant, *v.* CITY OF NEW YORK, Respondent.

Argued April 25, 1941; decided May 22, 1941.

*Frank Serri* for appellant.

*William C. Chanler, Corporation Counsel (Edward J. McGratty, Jr.,* and *Paxton Blair* of counsel), for respondent.

Judgments reversed and new trial granted, with costs to abide the event, on the ground a question of fact is presented which should be submitted to the jury. No opinion.

Concur: LOUGHRAN, RIPPEY, LEWIS, CONWAY and DESMOND, JJ. Dissenting: LEHMAN, Ch. J., and FINCH, J.